UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-23581-KMM

ANDRES GOMEZ,

    Plaintiff,
v.

DICK'S SPORTING GOODS, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, and Defendant, DICK'S SPORTING GOODS, INC., hereby advise the Court that they have reached a global resolution as to Plaintiff's claims against Defendant pending execution of a settlement agreement. The Parties will file a stipulation dismissing Plaintiff's claims against Defendant with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Dated: August 14, 2018.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Nelson C. Bellido* |
| ANTHONY J. PEREZ | NELSON C. BELLIDO |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | ROIG LAWYERS |
| 4937 S.W. 74th Court, Unit #3 | 44 W. Flagler Street, Suite 2100 |
| Miami, FL 33155 | Miami, FL 33130 |
| Telephone: (305) 553- 3464 | Telephone: (305) 405-0997 |
| Facsímile: (305)553-3031 | Facsímile: (305) 405-1022 |
| Primary Email: ajperezlaw@gmail.com | Email: nbellido@roiglawyers.com |
| Secondary Email: | jlorenzo@roiglawyers.com |
| mpomares@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperezlaw@gmail.com
Secondary E-Mails: mpomares@lawgmp.com

By:  ___/s/ Anthony J. Perez, Esq._____
ANTHONY J. PEREZ
Florida Bar No.: 535451

11393522v1