UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-23581-KMM

ANDRES GOMEZ,

    Plaintiff,
v.

DICK'S SPORTING GOODS, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANDRES GOMEZ and Defendant, DICK'S SPORTING GOODS, INC., having entered into a Confidential Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice.

Jointly submitted this 13th, day of September, 2018.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Nelson C. Bellido* |
| ANTHONY J. PEREZ | NELSON C. BELLIDO |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | ROIG LAWYERS |
| 4937 S.W. 74th Court, Unit #3 | 44 W. Flagler Street, Suite 2100 |
| Miami, FL 33155 | Miami, FL 33130 |
| Telephone: (305) 553- 3464 | Telephone: (305) 405-0997 |
| Facsímile: (305)553-3031 | Facsímile: (305) 405-1022 |
| Primary Email: ajperezlaw@gmail.com | Email: nbellido@roiglawyers.com |
| Secondary Email: | jlorenzo@roiglawyers.com |
| mpomares@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 13th, day of September, 2018.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:   ajperezlaw@gmail.com
Secondary E-Mails: mpomares@lawgmp.com

By: */s/ Anthony J. Perez*
         ANTHONY J. PEREZ